The People of the State of New York, Respondent, *v.* Wallace H. Brown, Appellant.

Argued May 25, 1955; decided July 8, 1955.

*Bernard Meyerson* and *Frank A. Jablonka* for appellant.

*Harry C. Brenner, District Attorney (Bernard C. Smith* of counsel), for respondent.

*Per Curiam:* The judgment of the County Court and the judgment of the Court of Special Sessions, Town of Brookhaven, Suffolk County, should be reversed and the information dismissed, upon the ground that the evidence is insufficient in law to warrant a finding of guilt beyond a reasonable doubt.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

Judgments reversed, etc.